**SCHIAN WALKER, P.L.C.**
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, ARIZONA 85004-4531
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
DALE C. SCHIAN, #010445
E-MAIL: dale @biz.law
CODY J. JESS, #025066
E-MAIL: cody@biz.law
Attorneys for Debtor

E-Mail for Electronic Service: bkdocket@biz.law

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARY BUHLER,<br><br>                      Debtor. | No. 2:09-bk-23444-EPB<br><br>CHAPTER 7<br><br>**DECLARATION OF ATTORNEY AND RULE 2016(b) STATEMENT** |

      I, DALE C. SCHIAN, hereby declare:

      1.     I am duly admitted to practice in the Courts of the State of Arizona, the United States District Court for the District of Arizona, and the United States Bankruptcy Court for the District of Arizona.

      2.     I have made diligent inquiry from which I conclude that I have no connection with the Debtor, her creditors, or their interested parties, or with any of their respective attorneys and accountants. I have no connection with the United States Trustee, or any person employed in the Office of the United States Trustee, except as disclosed herein.

      3.     On June 7, 2017, Schian Walker, P.L.C. received a fee deposit of $2,500 from the Debtor.

      4.     The attorneys and paralegals who are anticipated to be working on the case and their current billing rates are as follows:

00353590.1
Case 2:09-bk-23444-EPB    Doc 27    Filed 06/19/17    Entered 06/19/17 16:28:25    Desc
Main Document    Page 1 of 2

|   |   |
|---|---|
| Dale C. Schian | $ 560 per hour |
| Cody J. Jess | $ 380 per hour |
| Debbi Stephens | $ 215 per hour |
| Julie Larsen | $ 215 per hour |

5. I have agreed not to share compensation with any other person or entity, except as with members and regular associates of my law firm. The rates charged will be the normal hourly rates for services of this type.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this __19th__ day of June, 2017.

                SCHIAN WALKER, P.L.C.

                By__/s/   DALE C. SCHIAN, #010445__
                    Dale C. Schian
                    Cody J. Jess
                    Attorneys for Debtor

COPY of the foregoing e-mailed
this __19th__ day of June, 2017, to:

David A. Birdsell
216 North Center
Mesa, Arizona 85201
Chapter 7 Trustee
dab@azbktrustee.com

Theodore P. Witthoft, Esq.
Patrick T. Derksen, Esq.
Witthoft Derksen, P.C.
3550 North Central Avenue, #1006
Phoenix, Arizona 85012
Attorneys for Trustee, David A. Birdsell
twitthoft@wdlawpc.com
pderksen@wdlawpc.com

Larry L. Watson, Esq.
U.S. Trustee's Office
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
larry.watson@usdoj.gov


  __/s/   DEBBI STEPHENS__