Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, David A. Birdsell

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| MARY BUHLER, | Case No. 2:09-bk-23444-EPB |
| Debtor. | **NOTICE OF LODGING PROPOSED AMENDED STIPULATED ORDER APPROVING TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, PURSUANT TO 11 U.S.C. § 363** |
| | **(Structured Settlement Payment Rights)** |

NOTICE IS HEREBY GIVEN, pursuant to Local Bankruptcy Rule 9022-1(b), that the chapter 7 trustee, David A. Birdsell, by and through his undersigned counsel, has lodged with the Court his form of *Amended Stipulated Order Approving Trustee's Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Interests, Pursuant to 1 U.S.C. § 363 (Structured Settlement Payment Rights)* ("Order"). The form of Order is attached hereto and incorporated herein by this reference.

Respectfully submitted this 6th day of July, 2017.

**WITTHOFT DERKSEN, P.C.**

By /s/ Theodore P. Witthoft         #021632
  Theodore P. Witthoft
  Attorneys for David A. Birdsell, Trustee

1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| | ) Case No. 2:09-bk-23444-EPB |
| MARY BUHLER, | ) |
| | ) |
| Debtor. | ) **AMENDED STIPULATED ORDER** |
| | ) **APPROVING TRUSTEE'S MOTION TO** |
| | ) **SELL PROPERTY OF THE ESTATE** |
| | ) **FREE AND CLEAR OF LIENS, CLAIMS** |
| | ) **AND INTERESTS, PURSUANT TO 11** |
| | ) **U.S.C. § 363** |
| | ) |
| | ) **(Structured Settlement Payment Rights)** |

This matter having been brought on the *Trustee's Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Interests, Pursuant to 11 U.S.C. § 363* ("Motion") filed by the chapter 7 trustee, David A. Birdsell, ("Trustee"), by and through his attorneys, Witthoft Derksen, P.C.; the Motion having been properly noticed to all parties-in-interest as evidenced by the certificate of mailing on file with the Court; there having been no objection to the Motion and the time to do so having expired; and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

A. The Trustee and Mary Buhler ("Debtor") are authorized to sell to Genex Capital Corporation ("Genex" or "Buyer"), or its assign, one hundred eighty (180) life contingent Settlement Payments[1] ($1,250 per month) commencing May 15, 2017 through and including April 15, 2032 (the "Assigned Payments") for the amount of $105,326 in United States Dollars[2], pursuant to the terms of order entered by the Second Judicial Circuit Court in the State of South Dakota, County of Minnehaha, Case No. 49CIV17-000987 ("South Dakota Order"), except as the South Dakota Order is modified herein. A true and correct copy of the South Dakota Order is attached hereto as **Exhibit A** and incorporated herein by this reference.

B. The sale of the Assigned Payments shall close on or before the date that is five (5) business days after the Original Order becomes final and non-appealable (the "Closing Date").

C. The sale price for the Assigned Payments ($105,326) shall be deposited into the Registry Account of the Court pursuant to Local Rule of Practice 5095-1 and shall only be disbursed pursuant to a further Court order.

D. The sale price shall be paid by a cashier's check, payable to "Clerk of the United States Bankruptcy Court for the District of Arizona" and delivered to 230 North First Avenue, #101, Phoenix, Arizona 85003, together with a copy of this order on or before the Closing Date.

---

[1] All defined terms shall have the same meaning as set forth in the Motion.

[2] The purchase price was $106,576 as set forth in the *Stipulated Order Approving Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Interests, Pursuant to 11 U.S.C. § 363 (Structured Settlement Payment Rights)* entered on June 23, 2017 at Docket No. 30 (the "Original Order"). Subsequent to the Original Order, the Trustee became aware that Debtor received $1,250 of the Assigned Payments (the "Missing Payment"). Therefore, the purchase price is reduced to $105,326.00 (which is $106,576 minus $1,250). The Trustee and Debtor reserve all rights with respect to the $1,250 Missing Payment. Buyer does not waive any rights to seek an administrative claim for attorneys' fees and costs expended with respect to the sale of the Assigned Payments. Trustee and Debtor do not waive any rights to oppose any asserted administrative claim by the Buyer. If any further annuity payments are received by the Debtor or Trustee, the receiving party shall immediately forward the annuity payment to Buyer.

E. The proceeds from the sale of the Assigned Payments ($105,326.00) shall be held pending further determination as to the respective rights, if any, of the Estate and the Debtor in the proceeds.

F. The sale of the Assigned Payments is "AS IS, WHERE IS" without any representations or warranties of any kind or nature and such sale is subject to any and all existing conditions.

G. After the closing of the sale, the Buyer shall have the sole and exclusive right to the Assigned Payments, as set forth in the South Dakota Order.

H. The Trustee and the Debtor shall be authorized to execute any documents reasonably necessary to effectuate the sale of the Assigned Payments.

I. The Motion is approved.

**DATED AND SIGNED ABOVE.**

APPROVED AND AGREED TO:

SCHIAN WALKER, P.L.C.

By: /s/ Dale Schian            #010445
    Dale C. Schian
    Cody J. Jess
    Attorneys for Debtor

WITTHOFT DERKSEN, P.C.

By: /s/ Theodore P. Witthoft      #021632
    Theodore P. Witthoft
    Patrick T. Derksen
    Attorneys for Trustee

ENGELMAN BERGER, P.C.

By: /s/ Bradley D. Pack         #023973
    Bradley D. Pack
    Attorneys for Buyer

# EXHIBIT A

| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
| COUNTY OF MINNEHAHA | ) ) | SECOND JUDICIAL CIRCUIT COURT 49CIV17-000987 |

IN RE: M. BUHLER )
)
)
_____ )

## ORDER

This matter coming to be heard on the Petition for Approval for Transfer of Structured Settlement Payment Rights ("Petition") between Boise Heights Corporation ("BHC/Transferee") and M. Buhler a/k/a Mary Elizabeth Buhler ("Ms. Buhler" or "Payee") in accordance with the South Dakota Structured Settlement Protection Act, S.D. Codified Laws § 21-3B-1, et seq. (the "Act"). Pursuant to an Assignment of Sale and Assignment Agreement dated March 20, 2017, Genex Capital Corporation ("Genex") assigned to BHC all of its rights and obligations under the Purchase Agreement, including the right to receive the Assigned Payments. BHC intends to assign to Genex all of its interest in the Assigned Payments. The Court being fully advised in the premises, and the Court having jurisdiction of the matter and the parties to this Order, and in accordance with the Act and upon papers submitted, including the Structured Settlement Annuity Sale and Assignment Agreement ("Purchase Agreement"), the Disclosure Statements signed by Ms. Buhler, and the testimony of Ms. Buhler, the Court expressly finds as follows:

1. Not less than three (3) days before the date on which Ms. Buhler signed the Purchase Agreement, Genex provided to Ms. Buhler a separate disclosure statement meeting the requirements of S.D. Codified Laws § 21-3B-2.

2. Ms. Buhler has been advised in writing by Genex to seek independent professional advice regarding the Proposed Transfer and has either received such advice or knowingly waived such advice in writing.

BH01/ 1016740.1

3. Notice of the Proposed Transfer and the application for its authorization has been filed with this Court and served on all interested parties, including Genworth Life and Annuity Insurance Company and TIG Insurance Company c/o CT Corporation System f/k/a International Surplus Lines Insurance Company, in compliance with S.D. Codified Laws § 21-3B-5.

4. Jurisdiction and venue are proper in this Court pursuant to S.D. Codified Laws § 21-3B-5.

5. The proposed transfer complies with the requirements S.D. Codified Laws § 21-3B-1, *et seq.* and 26 U.S.C. § 5891, and will not contravene other applicable law.

6. This Court finds that the transfer satisfies all requirements under the Act and that the transfer described in Paragraph 1 of this Court Order below does not contravene any Federal or State statute or the order of any court or responsible administrative or governmental authority, and it is in the best interest of Ms. Buhler taking into account the welfare and support of Ms. Buhler' dependents, if any.

7. The current Petition seeks to transfer to BHC the following Periodic Payments: 180 Life contingent monthly payments in the amount of $1,250.00 which will become due and payable commencing May 15, 2017 through and including April 15, 2032 (the "Assigned Life Contingent Payments").

8. BHC has assigned to Genex Capital Corporation all of its rights under the Purchase Agreement and the right to receive the Assigned Life Contingent Payments.

9. Ms. Buhler is domiciled in this State, making this Court an appropriate forum for the filing and prosecution of this Petition.

Based on the foregoing findings, the transfer of the Assigned Life Contingent Payments from Ms. Buhler to Assignee should be approved.

**ACCORDINGLY, IT IS HEREBY ORDERED**, that:

Pursuant to the South Dakota Structured Settlement Protection Act, S.D. Codified Laws § 21-3B-1, *et seq.* (the "Act"), and any amendments thereto; as well as 26 U.S.C. §5891, (the "Federal Transfer Act"), the Proposed Transfer is approved. It is further

ORDERED that the Annuity Owner/Obligor, TIG Insurance Company c/o CT Corporation System f/k/a International Surplus Lines Insurance Company, and the Annuity Issuer, Genworth Life & Annuity Insurance Company, shall remit and make payable the Assigned Life Contingent Payments Genex Capital Corporation at the following address:

> Genex Capital Corporation
> c/o Allied Servicing Corporation
> Account # 20018700
> P.O. Box 13245
> Spokane Valley, WA 99213

or to such other address as shall be designated in writing by Genex Capital Corporation and/or its successors and/or assigns. Genex Capital Corporation, and/or its successors and/or assigns, is free to modify the payee name and payee address to whom and to which the Assigned Life Contingent Payments are sent, and further reassign the Assigned Life Contingent Payments, without further Order of Court. It is further

ORDERED that by making and delivering the Assigned Life Contingent Payments to Transferee as set forth in the preceding paragraphs, Annuity Owner/Obligor and Annuity Issuer will be discharged from all liability for these Assigned Life Contingent Payments due Payee under the Annuity. It is further

- 3 -

ORDERED that the Transferee shall be liable to the structured settlement obligor and the annuity issuer if the transfer contravenes the terms of the structured settlement for the following:

A. Any taxes incurred by those parties as a consequence of the transfer.

B. Any other liabilities or costs, including reasonable costs and attorney's fees, arising from compliance by those parties with the order of the court or arising as a consequence of the transferee's failure to comply with this article.

This Order in no way modifies or negates the ownership or control over the underlying annuity contract by Annuity Issuer and Annuity Owner/Obligor. It is further

ORDERED that because the Assigned Life Contingent Payments, to wit, 180 Life contingent monthly payments in the amount of $1,250.00 which will become due and payable commencing May 15, 2017 through and including April 15, 2032 are Life-Contingent, and therefore, guaranteed only for so long as M. Buhler is alive, Genworth Life and Annuity Insurance Company are only obligated and ordered to comply with this Order and pay and remit the Life-Contingent Assigned Life Contingent Payments to Genex Capital Corporation for so long as M. Buhler is alive. It is further

ORDERED that if Payee dies prior to the due date of the last Assigned Life Contingent Payments, and Genex, its assigns and/or successors, becomes aware of the death, Genex, its assigns and/or successors, shall provide written notice of the death of Payee to Genworth Life and Annuity Insurance Company within 30 days after Genex, its assigns and/or successors, learns of Payee's death.

- 4 -

Case 2:09-bk-23444-EPB    Doc 31    Filed 07/06/17    Entered 07/06/17 15:26:04    Desc
Main Document    Page 9 of 11

B.  Genex, its assigns and/or successors, shall reimburse Genworth Life and Annuity Insurance Company for any Assigned Life Contingent Payments made to Genex, its assigns and/or successors, upon or after the date-of-death of Payee.

C.  Genex agrees to provide a "proof-of-living" statement at no less than once a year to Genworth Life and Annuity Insurance Company confirming Payee is still living, starting with the first Assigned Life Contingent Payments.

ORDERED that the Annuity Issuer and Annuity Owner/Obligor are directed to issue a formal acknowledgment letter of the transfer within twenty (20) days of the date of receipt of this Order. The formal acknowledgment letter shall be delivered to Boise Heights Corporation at 73 Green Tree Drive #99, Dover, Delaware 19904. It is further

ORDERED that this constitutes a both a Final Order of the Court pursuant to the South Dakota Structured Settlement Protection Act, S.D. Codified Laws § 21-3B-1, *et seq.* (the "Act"), and any amendments thereto; as well as a Final "Qualified Order" within the meaning of 26 U.S.C. § 5891 of the Federal Act.

DONE AND ORDERED in open court this 28 day of April, 2017.

ATTEST:
ANGELIA M. GRIES, CLERK OF COURTS

BY: _____, DEPUTY
(SEAL)

_____
Judge of the District Court

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

PAYEE,

FILED
APR 28 2017
Minnehaha County, S.D.
Clerk Circuit Court

-5-

STATE OF SOUTH DAKOTA
MINNEHAHA COUNTY } ss
I hereby certify that the foregoing instrument is a true and correct copy of the original as the same appears on record in my office.

APR 28 2017

Clerk of Courts, Minnehaha County

By _____ Deputy

*signature*

M. Buhler a/k/a Mary Elizabeth Buhler
106 N. Phillips Ave., Apt. 102
Sioux Falls, SD 57104


BOISE HEIGHTS CORPORATION
By its attorney,

*signature*

Glen L. Roth, SD Bar. No. 1489
P.O. Box 137
Olivet, South Dakota 57052
Phone: (605) 387-5530
Fax: (605) 387-5550
Email: rothlaw@gwtc.net